M.D. Appeal Dkt.
47   2017

**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 188 MAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DOMINIC S. BURNO, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal

is **GRANTED**. The issue, as stated by petitioner, is:

    Whether the Superior Court erred in concluding that the evidence was sufficient
to convict [Burno] of criminal trespass, where the evidence showed that [Burno]
was a tenant of the residence at issue and had not been properly evicted
pursuant to the Landlord and Tenant Act of 1951 (68 P.S. § 250.101), prior to the
criminal action having been filed against him?